IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-0391-MOC-DCK

| | |
|---|---|
| RAYMOND A. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., C. MATTHEW KEEN, BRIAN M. FREEDMAN, and SHERA K. STEWART, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendants' Motion To Dismiss Plaintiff's Complaint" (Document No. 6).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendants' motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff may respond to the pending "Defendants' Motion To Dismiss Plaintiff's Complaint" (Document No. 6) on or before **September 26, 2011**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

Signed: September 12, 2011

David C. Keesler
United States Magistrate Judge