# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-391-MOC-DCK

| | |
|---|---|
| RAYMOND A. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., C. MATTHEW KEEN, BRIAN M. FREEDMAN, and SHERA K. STEWART, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "...Plaintiff Motion In Opposition To Defendants Motion To Extend Time To File A Reply Brief Due October 6, 2011" (Document No. 15) filed October 17, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

Plaintiff requests that the Court reconsider its "Order" (Document No. 13) granting "Defendants' Motion To Extend Time To File A Reply Brief" (Document No. 11). The undersigned allowed Defendants' request for an extension of time to file a reply brief for good cause shown, and to aid in the Court's decision-making process. The instant motion fails to describe any prejudice suffered by Plaintiff based on the Court's action, or to articulate any persuasive reason Defendants' request should have been denied.

**IT IS, THEREFORE, ORDERED** that "...Plaintiff Motion In Opposition To Defendants Motion To Extend Time To File A Reply Brief Due October 6, 2011" (Document No. 15) is **DENIED**.

Signed: October 17, 2011

_____
David C. Keesler
United States Magistrate Judge