# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raymond A. Johnson,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-391-MOC

Ogletree, Deakins, Nash,
Smoak & Stewart, P.C., et al.,

        Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2011 Order.

                                        Signed: November 28, 2011

                                        */s/ Frank G. Johns*
                                        Frank G. Johns, Clerk
                                        United States District Court