# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raymond A. Johnson,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:11-cv-391-MOC

Ogletree, Deakins, Nash,
Smoak & Stewart, P.C., et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2011 Order.

                                     Signed: November 28, 2011

                                     Frank G. Johns, Clerk
                                     United States District Court